In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-12-00579-CR
_____

PAMELA BREEDING, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-12940

## MEMORANDUM OPINION

On October 29, 2012, the trial court sentenced Pamela Breeding on a conviction for felony possession of a controlled substance. Breeding filed a notice of appeal on November 15, 2012. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On December 4, 2012, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a

1

certification that shows the defendant has the right of appeal, we must dismiss the appeal.

*See* Tex. R. App. P. 25.2(d).  Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered January 23, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.